People v Safford (2025 NY Slip Op 00678)

People v Safford

2025 NY Slip Op 00678

Decided on February 5, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 5, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
LILLIAN WAN
LOURDES M. VENTURA, JJ.

2023-06929
2023-06935
2023-06937

[*1]The People of the State of New York, respondent,
v
Kevin Safford, appellant. (Ind. Nos. 75272/22, 71808/23, 72215/23)

Patricia Pazner, New York, NY (Joshua M. Levine of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Keith Dolan of counsel; Ruth Reid on the memorandum), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by his motion, from three sentences of the Supreme Court, Kings County (Dena E. Douglas, J.), all imposed August 2, 2023, upon his pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
The sentences imposed were not excessive (see People v Suitte , 90 AD2d 80).
DILLON, J.P., CHAMBERS, WAN and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court